

**FILED**

JAN 3 1 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GREATER MISSOULA FAMILY YMCA,<br><br>Defendant. | CV 19–21–M–DWM<br><br><br>ORDER |

    Plaintiff United States Fire Insurance Company moves for the admission of Kristin Gallagher to practice before this Court in this case with Shane A. MacIntyre to act as local counsel. Ms. Gallagher's application appears to be in order.

    Accordingly, IT IS ORDERED that Plaintiff's motion to admit Kristin Gallagher *pro hac vice* (Doc. 4) is GRANTED on the condition that Ms. Gallagher shall do her own work. This means that Ms. Gallagher must do her own writing; sign her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-

1

ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Gallagher, within fifteen (15) days of the date of this Order, files a notice acknowledging her admission under the terms set forth above.

DATED this 31st day of January, 2019.

Donald W. Molloy, District Judge
United States District Court