IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>GREATER MISSOULA FAMILY YMCA,<br><br>Defendant/Counter-Claimant. | CV 19-21-M-DWM<br><br>JUDGMENT |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Greater Missoula Family YMCA consistent with the Court's Opinion and Order dated April 9, 2020, (Doc. 36).

      Dated this 9th day of April, 2020.



                          TYLER P. GILMAN, CLERK

                          By: /s/ Nicole Stephens
                          Nicole Stephens, Deputy Clerk